ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
LINDSAY BEYER PAYNE (ILSBN 6289062)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (312) 596-1872
Email: Lindsay.Payne@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CASAS MARAVILLA,<br><br>          Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Civil No. 1:25-cv-01651-JLT-HBK<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

///

Stipulation; Order                    Page 1                    Case No. 1:25-cv-01651-JLT-HBK

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                              Respectfully submitted,

Dated: June 12, 2026              PEÑA & BROMBERG

                         By:*/s/ Jonathan O. Peña*
                              JONATHAN O. PEÑA, ESQ.
                              Attorneys for Plaintiff
                              [*As authorized by e-mail on June 11, 2026]


Dated: June 13, 2026              ERIC GRANT
                              United States Attorney
                              MATHEW W. PILE
                              Head of Program Litigation 1

                  By:    */s/ Lindsay Beyer Payne*
                              LINDSAY BEYER PAYNE
                              Special Assistant United States Attorney
                              Attorneys for Defendant


                         **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


    IT IS SO ORDERED.

    Dated:   **June 13, 2026**

                                   UNITED STATES DISTRICT JUDGE